UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| PAULETTE A. HARRISON | CIVIL ACTION NO. 05-1087 |
|---|---|
| VS. | MAGISTRATE JUDGE METHVIN |
| COMMISSIONER OF SOCIAL SECURITY | BY CONSENT OF THE PARTIES |

## JUDGMENT

For the reasons set forth in the Ruling dated July 24, 2006,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the decision of the Commissioner is **AFFIRMED.**

This judgment is a "final judgment" for purposes of the Equal Access to Justice Act (EAJA). See, <u>Richard v. Sullivan</u>, 955 F.2d 354 (5th Cir. 1992) and <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

Signed in chambers on July 24, 2006.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)